◼ In the Matter of the Claim of FRANCES GREEN, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 28, 1974, which affirmed the decision of a referee sustaining an initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits effective January 6, 1974 on the ground that she lost her employment due to misconduct in connection therewith. A finding of misconduct is a factual one, and if, as in this case, it is supported by substantial evidence, it must be affirmed (Labor Law, § 593 [subd 3]; § 623). Decision affirmed, without costs. Herlihy, P. J., Kane, Main, Larkin and Reynolds, JJ., concur.

◼ In the Matter of the Claim of SAM McCANTS, JR., Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed February 5, 1975, which affirmed the decision of a referee sustaining an initial determination of the Industrial Commissioner holding claimant ineligible to receive benefits effective September 16, 1974 because he was not available for employment. The claimant's efforts to secure employment were meager and his salary demands unrealistic to the extent that the claimant was not available for employment. These facts constitute substantial evidence to support the board's determination. Decision affirmed, without costs. Herlihy, P. J., Kane, Main, Larkin and Reynolds, JJ., concur.